P.O. Box 38
Warrensville, NC 28693
March 27, 2022

The Honorable James Jones
c/o Nancy Dickerson-Vicars
201 Abingdon Place
Abingdon, VA 24211

Dear Judge Jones:

    As the father of Jonathan Shumate, I realize I am biased in my remarks. However, I am the same father who wrote a thank-you letter to the highway patrolman for giving him a speeding ticket when he was 16 years old – not for favor but for future safety for him and all he met on the highway.

    Jonathan made a mistake; he acknowledges it and is paying dearly for it. He has a good heart and likes to please people, a trait that can be good or, as in this instance, get him into trouble.

    Jonathan had a good job at a nearby plant and was well liked by his co-workers. He served as care-givers for my wife and I, bringing in groceries, taking away trash, caring for the lawn and providing house maintenance. He is greatly missed as I am taking up as much slack as possible. I am 85-years-old and not in the best of health, unable to do many things I once took for granted.

    Any mercy you could grant Jonathan will be greatly appreciated. He knows what he did was wrong and why he is being punished. I feel sure that, once he is released, he will return to the same man we all know and enjoy as a son and a friend.

Sincerely,

*Sam Shumate*

Sam Shumate

March 23, 2022

Nancy Dickerson-Vicars
201 Abingdon Place
Abingdon, Virginia    24211
Attention: Honorable Judge James Jones

Honorable Judge James Jones,

Thank you for considering the following request in regard to the length of sentencing for Jonathon Avery Shumate, currently incarcerated in Abington, Virginia.

I live in Warrensville, North Carolina, where Jon grew up. In fact, our son and daughter, Jon and his brother, and neighborhood children played baseball in our yard during the summer and sledded together off church hill in the winter. I also knew Jon as a virtuous and caring student at Northwest Ashe High School where I taught eighth-grade in the middle school wing.

As an adult, Jon has been faithful to his job, his church and especially to the elderly in our community. It is this last point that compels me to write this letter. Jon's father, Samuel Shumate, age 84, suffered a debilitating stroke a few years ago. His daily activities are limited, and Jon, whose house is next door, assisted his daddy with rehab, as well as care of the yard, home repairs, and errands.

Jon is a kind and sincere man who made a mistake, a bad mistake, and I certainly appreciate and admire men and women like you who interpret the law, but please, your Honor, consider the needs of Jon's father and sentence him to the least possible time.


Yours truly,

*Cindy Davis*

Cindy Davis
Retired NWA Middle School Counselor
Post Office Box 115
Warrensville, North Carolina   28693



Warrensville United Methodist Church
184 Church Street
PO Box 187
Warrensville NC 28693

Rev. Dennis Gray, Pastor     dgray@wnccumc.net     (704) 783-6065     April 21, 2022

To Whom It May Concern:

I am the current pastor of the Warrensville Charge of the United Methodist Church. I became acquainted with Mr. Jonathon Shumate in July 2020 when I was appointed to this church. Jon has been an active member of the church for his entire life. I have known him as a church member and neighbor for that time. He has been an active member and a friendly neighbor in that time.

I would like to take a few lines to tell of the Jonathon Shumate that I know. I understand the crime he has plead guilty to and know there are no words to justify that. But I would like to offer a fuller picture of Mr. Shumate than just this crime. Mr. Shumate was one of the first members I was to become acquainted with during my tenure here. He has been available to help with church functions any time the door was open. It was Mr. Shumate that would be there to make sure that the heat and air was adjusted to a reasonable temperature each worship service. He was also responsible to make sure one of our eldest members made it safely to church each week. He would escort her from house to pew each week and then make sure she was returned home after services. He also helps care for the grounds around our neighborhood. He has mowed at the parsonage from long before my time here. It was a time I looked forward to as each week that he mowed, we would spend some time visiting. It was also Jon that I called when I needed a ride in the morning hours. He worked an afternoon shift and was happy to provide transportation for me on occasion when I was in need.

I thank the court for hearing these thoughts from me. I hope that you can consider his service to family and community. I am hopeful that Mr. Shumate will receive the treatment he needs during his time of incarceration and be able to be rehabilitated that he will not reoffend. He has been invaluable in caring for his parents who need the help. They are both older and do not get around as they once did. Mr. Shumate lives next door to them and has been available to provide the support they needed in recent years. I hope these observations about Mr. Shumate

can be considered in his sentencing. I am available to confirm or elaborate on anything in this document if that would be helpful.

Sincerely,


Rev Dennis Gray

Peggy G Campbell

1146 Campbell Rd

Warrensville NC 28693

March 23 2022

RE: Jonathan Shumate  10824945

To the Honorable Judge James Jones

This letter is in support of Jonathan Shumate who will be sentenced June 21 2022. I am a family friend and neighbor and have known Jon since his birth. His parents are retired educators and active in church (pillars of the community).

May I tell you about the Jon I know? Jon is active in the Warrensville United Methodist Church attending every Sunday. He turns the heat on, hauls off the trash, mows the lawn and cemetery, all without compensation. One of our older church members is unsteady on her feet, Jon meets her outside as she is dropped off and escorts her in and back out of the church. Recently one of the neighbors became homeless and he offered his house for showering and laundry. Every fall he takes our order for apples and drives to the orchards for us.

His parents, neighbors and friends are all in declining health. Jonathan Shumate is needed in Warrensville. So many of us rely on his help. He is always so willing, whether it is driving us to a doctor visit or the grocery store. My hope is you will extend to him any mercy in sentencing that you are able to.

*Peggy G Campbell*

Peggy G Campbell, Retired Postmaster of Warrensville NC  -  336 977-4848

Dianne Eldreth
PO Box 284
Lansing, NC 28643

May 10, 2022

Judge James Jones
C/O Nancy Dickerson-Vicars
201 Abingdon Place
Abingdon, VA 24211

Dear Judge Jones:

I am writing to you concerning Jonathan Avery Shumate that is to appear before you for sentencing in early June. I just wanted you to see Jon the way I see him before you decide a sentence. I know that Jon pled guilty to some serious charges. I am having a hard time with this because I have known Jon since I was his babysitter when he was just a toddler. He never did like to eat his peas. I grew up in Warrensville, Jon's hometown- a small place with a service station, a grocery, and a post office. Two churches, the Baptist and the Methodist, sit side by side with services and members often shared. Jon's dad, Sam, was my English teacher in high school and his mom the guidance counselor. Sam and Linda always treated me as if I were their own.

After I returned from college to teach at my former elementary school, Jon was placed in my Exceptional Children's class. You have to understand; Exceptional Children's education then does not resemble anything like our programs today. The "retarded" students were the only ones who received services. My first-year teaching was the first time anyone had ever heard of learning disabilities. I was shocked to discover Jon was in my class. I knew he was not a mentally handicapped student but had been placed in that program because he could not read. I relate this story because I think his issues with self-esteem and social confidence started then. After advocating for further testing, we discovered that Jon had dyslexia, which caused him to struggle with reading. Jon, also, had a younger brother who was athletic, scholarly, good-looking, and popular. All of these I think contributed to Jon being a loner, feeling he could never be as good as others. I remember when Jon was in high school, he wore a trench coat every day. I asked him why one day; he responded that he was a secret agent. That spoke volumes to me, then and now. He wanted to be someone else, anyone else. If he had been five, I wouldn't have thought much about it; he was sixteen.

As an adult, Jon holds a job, owns his own home, and choses to live next door to his aging parents so he can mow their yard and help with upkeep. He goes to the post office for them and runs other errands to the town ten miles away for groceries and medicines. He mows the Methodist church yard, helps to keep up the local cemetery and attends church each and every

Sunday. Every year, he helps me with our local youth soccer program fundraiser, Soccer vs Cancer, where we raise money to help kids and their families who are battling cancer. Jon has helped with all ten such events. He always carries chairs for his mom and dad to watch his nieces and nephews play soccer. When my own son was diagnosed with Multiple Sclerosis with vision complications, he said to me, "You tell Jeremy to call me. I'll take him anywhere he needs to go." He was the only person in our community to offer.

I have a very hard time believing that Jon Shumate would deliberately harm anyone, and I don't say that lightly. As an Ashe County School Board member after 35 plus years of teaching, it is my responsibility to protect students from predators. Jon Shumate is not a predator. To my knowledge, this is his first time being in trouble of any kind. I think he is confused and, obviously, needs some type of professional help—not be incarcerated in a federal prison.

Jon's dad is 85. His doctors have given him months, at most, because of his heart condition. Jon's mom needs him. This situation has been extremely hard on them. I am asking you for leniency for Jon. You know, in my career as an educator, I've been asked to write many letters. This is the hardest one I've ever written. It's just heartbreaking.

Sincerely,

*Dianne B. Eldreth*
Dianne Eldreth

Larry G. Lewis
PO Box 63
Warrensville, NC 28693
slllewis@skybest.com

June 10, 2022

The Honorable James P. Jones
United States District Court Judge
180 West Main Street
Abingdon, VA 24210

Re: Jonathan Shumate 1:22-CR-00008

Dear Judge Jones:

I am writing this letter on behalf of Jonathan (Jon) Shumate, who has a sentencing hearing scheduled before you August 4, 2022. I have known Jon and his family since 1968 when I moved to Warrensville, North Carolina to teach math at the local high school. I have known Jon's family well through the years, since we were not only friends but also coworkers. His mother, Linda, was a counselor and his father, Sam, and I were teachers and later administrators at Northwest Ashe School, where Jon attended school. So, I witnessed Jon growing up through childhood, teenage years, and into adulthood. I still live near him here in the Warrensville community, so I have known him for a long time.

As I try to share some of Jon's positive attributes, please understand that I am in no way trying to minimize the seriousness of the charges against him.

Jon is one of the most kind, polite, and respectful people that I know. He has always been a good citizen with a good reputation, and I have never witnessed any bad behavior or heard any negative concerns expressed by community members. He has been employed regularly, sometimes doing extra work, and has an outstanding work attendance record.

Jon has been active in the Lion's Club and his church, Warrensville Methodist Church, where he is a trustee and is responsible for unlocking the doors and adjusting the heat each Sunday. Jon has also volunteered to go to the home of an elderly lady and bring her to and from church services, and has worked with his Sunday School class on various service projects, particularly for the elderly.

Jon lives next door to his parents where he is continually helping them as they are getting older and have many health issues, especially his father who is eighty-five years old and disabled.

I hope you will give weight to Jon's life long record of good citizenship and service to his family and community when considering his sentence. Any consideration you choose to give Jon will be much appreciated, especially by his family.

Sincerely,

*Larry G. Lewis*

Larry G. Lewis